# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JAMES CAVANAUGH, on behalf of himself and all other persons similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>LYTX, INC.,<br><br>    Defendant. | Case No. 1:21-cv-05427<br><br>Judge Edmond E. Chang<br><br>Magistrate Judge Maria Valdez |

## DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS CLASS ACTION COMPLAINT

Defendant Lytx, Inc. ("defendant") moves to dismiss plaintiff's Class Action Complaint ("Complaint") with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6). Defendant also files a Memorandum in Support contemporaneously with this motion.

In compliance with Judge Chang's Standing Order, defendant emailed its Memorandum in Support of its Rule 12(b)(6) Motion to Dismiss to plaintiff on March 9, 2022, and asked if he consented to the motion. Plaintiff indicated that he does not agree to, or consent to, defendant's motion.

WHEREFORE, defendant Lytx, Inc. respectfully requests this Honorable Court to enter an Order dismissing the Complaint with prejudice and for any other further relief as the Court deems appropriate.

Dated:   March 9, 2022

Respectfully submitted,

By: /s/ Anne E. Larson
One of the Attorneys for Defendant
Lytx, Inc.

Anne E. Larson (ARDC No. 6200481)
Zachary A. Pestine (ARDC No. 6324485)

**OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.**
155 North Wacker Drive, Suite 4300
Chicago, Illinois 60606
Telephone:	312.558.1220
Facsimile:	312.807.3619
*anne.larson@ogletree.com*
*zac.pestine@ogletree.com*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on March 9, 2022, she filed the foregoing ***Defendant's Rule 12(b)(6) Motion to Dismiss*** electronically with the Clerk of Court using the ECF system, which sent notification to the following:

>David Fish
>Fish Potter Bolaños, P.C.
>200 East 5th Avenue, Suite 123
>Naperville, IL 60563
>*dfish@fishlawfirm.com*
>
>Douglas M. Werman
>Bernard Schott
>Werman Salas P.C.
>77 W. Washington St., Suite 1402
>Chicago, Illinois 60602
>*dwerman@flsalaw.com*
>*bschott@flsalaw.com*
>
>***Attorneys for Plaintiff***

/s/ Anne E. Larson
One of the Attorneys for Defendant
Lytx, Inc.