**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

James Cavanaugh
Plaintiff,
v.
LYTX, INC
Defendant.

Case No.: 1:21−cv−05427
Honorable Edmond E. Chang

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 5, 2022:

MINUTE entry before the Honorable Edmond E. Chang: This entry is being posted in both 1:21−cv−05427 and 1:22−cv−05068. On review of the unopposed reassignment motion [36] as to Timmons v. Lytx, Inc., et al., 1:22−cv−05068, and based on a comparison of the complaints, the motion is granted given the overlap and the proposed classes. The Court recommends the Executive Committee reassign 1:22−cv−05068 to this Court's calendar. Having said that, the parties and counsel (in both cases) shall confer to discuss whether the Plaintiffs should file a consolidated class action complaint with specified lead counsel (co−lead counsel), rather than have two separate pleadings and parallel litigation on two separate dockets (which would seem to diminish the advantages of the reassignment). The dismissal−motion briefing can be cut/paste as appropriate with minor adjustments if a consolidated class action complaint is filed. The parties (in both cases) shall file a joint status report on the conferral (file the status report on both dockets, for now) by 10/17/2022. The tracking status hearing of 11/18/2022 in 1:21−cv−05427 is accelerated to 10/21/2022 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). In 1:22−cv−05068, a tracking status hearing is set for 10/21/2022 at 8:30 a.m., again to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.