**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

James Cavanaugh

Plaintiff,

v.

Case No.: 1:21−cv−05427
Honorable Edmond E. Chang

LYTX, INC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 28, 2022:

MINUTE entry before the Honorable Edmond E. Chang: This docket entry is posted in both 1:21−cv−5427 and 1:22−cv−5068. (1.) On review of the dockets, Defendant Gemini did not move to sever, so the Plaintiffs shall file a Consolidated Amended Complaint by 11/10/2022 in 1:21−cv−5427, as previously ordered (see 1:21−cv−5427, R. 41). The docket in 1:22−cv−5068 is terminated in light of the consolidation, and all filings shall be made on the docket in 1:12−cv−5427 going forward. (2.) As previously ordered, the Defendants shall respond to the Consolidated Amended Complaint by 12/12/2022. If the Defendants file a motion to dismiss, then the Plaintiffs' response is due by 01/12/2023. The Defendants' reply is due by 01/26/2023. (3.) On review of the motion to serve as Interim Class Counsel, it appears that the defense has no objection to the interim appointment, R. 44 at 1 n.1, and the motion is otherwise well supported. The motion is granted. The Plaintiffs shall email a proposed order to the Proposed Order account. The tracking status hearing of 11/02/2022 in 1:21−cv−5427 is reset to 12/23/2022 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, if no motion to dismiss is filed, or the dismissal motion does not target all claims as to all parties, then the parties shall file a joint status report by 12/14/2022 to propose the next step of the litigation. The tracking status hearing of 11/02/022 in 1:22cv5068 is terminated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.