**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NATHANIEL TIMMONS and JAMES CAVANAUGH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LYTX, INC., a Delaware corporation, and GEMINI MOTOR TRANSPORT, L.P., an Oklahoma company,<br><br>Defendants. | Case No. 1:21-cv-05427<br><br>Honorable Edmond E. Chang |

**LYTX, INC.'S AND GEMINI MOTOR TRANSPORT, L.P.'S JOINT MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT OR, IN THE ALTERNATIVE, TO AMEND THE CLASS DEFINITIONS AND STAY THE CASE**

Defendants Lytx, Inc. and Gemini Motor Transport, L.P. (collectively, "Defendants"), by and through their attorneys, respectfully move for this Court pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the Amended Class Action Complaint filed in this lawsuit alleging violations of §15(b) the Illinois Biometric Information Privacy Act, 740 ILCS 14/1 *et seq.* ("BIPA"). In the alternative, Defendants respectfully move this Court pursuant to Fed. R. Civ. P. 23(d)(1) to amend the class definitions to remove non-Illinois residents and stay this action as duplicative.

A memorandum in support of this motion is being filed contemporaneously herewith. Defendants requested Plaintiffs position on this Motion on April 11 and 12, 2024, but received no response and assume it is opposed.

WHEREFORE, Defendants Lytx, Inc. and Gemini Motor Transport, L.P. respectfully request the Court to enter an order dismissing this case or, in the alternative, amending the class definitions and staying the case, and for any further relief as this Court deems appropriate.

Dated: April 12, 2024

Respectfully submitted,

By: */s/ Melissa A. Siebert*

Melissa A. Siebert
COZEN O'CONNOR, P.C.
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
Tel.: (312) 474-7900
msiebert@cozen.com

Max E. Kaplan (*admission pending*)
COZEN O'CONNOR, P.C.
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel.: (215) 665-4682
mkaplan@cozen.com

***Counsel for Lytx, Inc.***

Brett M. Doran
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Tel.: (312) 456-1021
doranb@gtlaw.com

***Counsel for Gemini Motor Transport, L.P.***