**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NATHANIEL TIMMONS and JAMES CAVANAUGH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LYTX, INC., a Delaware corporation, and GEMINI MOTOR TRANSPORT, L.P., an Oklahoma company,<br><br>Defendants. | ) | Case No. 1:21-cv-05427<br><br>Hon. Edmond E. Chang |

**NOTICE DISMISSAL OF DEFENDANT LYTX, INC.**

Plaintiffs Nathaniel Timmons and James Cavanaugh ("Plaintiffs") hereby give this Court notice pursuant Federal Rule of Civil Procedure 41(a)(1)(A)(i) that they are dismissing Defendant Lytx, Inc. ("Lytx") as a defendant in the above-captioned action.

1. On April 12, 2024, Defendants Lytx and Gemini Motor Transport, L.P. ("Gemini") filed a Motion to Dismiss Plaintiffs' Amended Class Action Complaint or, in the Alternative, to Amend the Class Definitions and Stay the Case. Dkts. 92-94. That motion is fully briefed and pending solely with respect to Gemini's motion. Dkt. 108.

2. On September 12, 2024, Plaintiffs and the Plaintiff in *Lewis v. Maverick Transportation LLC et al.*, 3:22-cv-00046-NJR (S.D. Ill.) ("*Lewis* Action"), a parallel action, jointly mediated with Lytx before the Honorable James R. Epstein (ret.) of JAMS.

3. Thereafter, Plaintiffs in both cases and Lytx agreed to a class-wide settlement against Lytx in both this action and the *Lewis* Action. *See Lewis* Action, Dkts. 122-27. Gemini is not a party to the settlement.

4. On January 17, 2025, the Court in the *Lewis* Action granted the parties' Motion for Preliminary Approval of Class Action Settlement and scheduled a final approval hearing for July 24, 2025. *See Lewis* Action, Dkt. 126.

5. Lytx has not filed either an answer to Plaintiffs' Amended Class Action Complaint or a motion for summary judgment. Accordingly, Plaintiffs file this notice of dismissal pursuant to Rule 41(a)(1)(A)(i) as to Lytx only. *See Nelson v. Napolitano*, 657 F.3d 586, 587 (7th Cir. 2011) (explaining that a notice of dismissal under Rule 41(a)(1)(a)(i) is self-executing).

Respectfully submitted,

Dated: January 22, 2025

/s/ *Sean Petterson*

Jason L. Lichtman
Sean A. Petterson
Muriel J. Kenfield-Kelleher
**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
250 Hudson St., 8th Floor
New York, NY 10013
(212) 355-9500

Douglas M. Werman
Maureen A. Salas
Sarah J. Arendt
**WERMAN SALAS P.C.**
77 W. Washington Street, Suite 1402
Chicago, IL 60602
(312) 419-1008

David Fish
Mara Baltabols
**WORKPLACE LAW PARTNERS, P.C.**
111 E. Wacker Dr., Suite 2300
Chicago, IL 60601
(312) 861-1800

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street,
Suite 2100
Chicago, IL 60606
(866) 252-0878

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Muriel Kenfield-Kelleher, certify that on January 22, 2025, I caused a copy of the foregoing document to be filed in the United States District Court for the Northern District of Illinois via the Court's electronic filing system and that this document has been sent to all counsel of record via the Court's electronic filing system.

/s/ *Muriel Kenfield-Kelleher*
Muriel Kenfield-Kelleher