**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NATHANIEL TIMMONS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GEMINI MOTOR TRANSPORT, L.P., an Oklahoma company,<br><br>Defendant. | Case No. 1:21-cv-05427<br><br>Honorable Edmond E. Chang |

# NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, October 29, 2025, at 8:30 a.m., Counsel for Plaintiff Nathaniel Timmons shall appear before the Honorable Edmond E. Chang, Room 2341 at the United States District Court for the Northern District of Illinois, Everett M. Dickinson U.S. Court House, Chicago, Illinois and shall then there present the attached Unopposed Motion for Preliminary Approval of Class Action Settlement with Defendant Gemini Motor Transport, L.P.

Dated: October 24, 2025

Respectfully submitted,

*/s/ Sean A. Petterson*

Jason L. Lichtman
Sean A. Petterson
Muriel J. Kenfield-Kelleher
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson St., 8th Floor
New York, NY 10013
(212) 355-9500

Gary M. Klinger

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
(866) 252-0878

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Sean A. Petterson, certify that on October 24, 2025, I caused a true and correct copy of this **Notice of Motion** to be filed with the clerk of court using the Court's CM/ECF system, which will serve electronic notice upon all parties of record.

*s/ Sean A. Petterson*
Sean A. Petterson