**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

James Cavanaugh, et al.
                                   Plaintiff,

v.                                                                                  Case No.: 1:21−cv−05427
                                                                                  Honorable Edmond E. Chang

Gemini Motor Transport, L.P., et al.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 30, 2025:

      MINUTE entry before the Honorable Edmond E. Chang: In−person and telephone motion hearing held. Counsel for the Plaintiff and Class appeared by telephone. Counsel for the Defendant appeared in person. (1.) On fees, as discussed on the record, the Plaintiff shall review the fee to fees−plus−class−recovery (without costs) ratio when submitting the fee motion before the final−approval hearing. (2.) On uncashed checks, though there are unlikely to be many (given the absence of a claim−form requirement and the direct mailing of checks), the parties shall confer with each other, after the Plaintiff confers with the Administrator, and enter into an agreement on how to handle uncashed checks for a second round of mailing or a cy pres (if the costs of a second round are too high). The parties shall file a supplement to the agreement by 11/05/2025. (3.) For purposes of preliminary approval, Rule 23(a) and Rule 23(b)(3) requirements have been met, as are the Rule 23(e) requirements for a fair, adequate, and reasonable settlement. Without objection, the parties agreed to add to the notice, in two specific spots, "There is no need to appear in Court to receive payment." The joint motion for preliminary approval of class settlement [150] is granted. Counsel for the Plaintiff shall email the Proposed Order email account the proposed order, now with specific deadline dates inserted. Notice to the Class shall be issued by 11/26/2025. The opt−out deadline is 01/26/2026. The fees motion shall be filed by 01/05/2026. The in−person final approval hearing is set for 03/03/2026 at 12:15 p.m. If no objections have been received and there are not a large number of opt−outs received, out−of−town counsel may participate via phone by emailing the courtroom deputy, michael_wing@ilnd.uscourts.gov, by 2:00 p.m. on 02/24/2026, and a dial−in number will be provided. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.