**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

NATHANIEL TIMMONS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

GEMINI MOTOR TRANSPORT, L.P., an Oklahoma company,

Defendant.

Case No. 1:21-cv-05427

Honorable Edmond E. Chang

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Tuesday, March 3, 2026, at 12:15 p.m., Counsel for Plaintiff Nathaniel Timmons shall appear before the Honorable Edmond E. Chang, Room 2341 at the United States District Court for the Northern District of Illinois, Everett M. Dickinson U.S. Court House, Chicago, Illinois or, if the Court permits, via Zoom videoconference, and shall then there present the attached Unopposed Motion for Final Approval of Class Action Settlement with Defendant Gemini Motor Transport, L.P.

Dated: February 20, 2026

Respectfully submitted,

*/s/ Sean A. Petterson*

Jason L. Lichtman
Sean A. Petterson
Muriel J. Kenfield-Kelleher
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson St., 8th Floor
New York, NY 10013
(212) 355-9500

Gary M. Klinger
MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
(866) 252-0878

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Sean A. Petterson, certify that on February 20, 2026, I caused a true and correct copy of this **Notice of Motion** to be filed with the clerk of court using the Court's CM/ECF system, which will serve electronic notice upon all parties of record.

*Sean A. Petterson*
Sean A. Petterson