**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

James Cavanaugh, et al.
Plaintiff,
v.
Case No.: 1:21−cv−05427
Honorable Edmond E. Chang
Gemini Motor Transport, L.P., et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 3, 2026:

MINUTE entry before the Honorable Edmond E. Chang: In−person final approval hearing held on the unopposed motion for final approval [165] and unopposed motion for attorney fees and expenses [163]. Counsel for the Defendant appeared in person. Counsel for the Plaintiff appeared by telephone. No one else appeared for the hearing. The Plaintiff reported receiving 2 timely opt−outs and 1 untimely opt−out. As articulated on the record, Rule 23 requirements have been met. The Court finds the settlement to be fair, adequate, and reasonable. The joint motion for final approval of class settlement [165] is granted. The Plaintiff's unopposed motion for attorney fees and expenses [163] is granted. Counsel for the Plaintiffs shall file a status report, by 07/01/2026, reporting on the number of uncashed checks (if any) and for any potential round two or cy pres award. A tracking status hearing is set for 07/17/2026 at 8:30 a.m. to track the case only (no appearance is required, the case will not be called). Counsel for the parties shall email a draft proposed final approval order to the proposed order email account. Civil case terminated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.